**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| **SUEROS Y BEBIDAS REHIDRATANTES, S.A. de C.V.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**BEBIDAS ELECTROMAS, S.A. de C.V.,**<br><br>**Defendants.** | **Civil Action No.:** |

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Sueros y Bebidas Rehidratantes, S.A. de C.V. ("Sueros"), the law firm of Dickinson Wright PLLC, certifies that there are no additional interested parties other than those in the case.

DATED: May 11, 2026

Respectfully Submitted,

**DICKINSON WRIGHT PLLC**

*/s/ H. Jonathan Redway*
H. Jonathan Redway (VA Bar No. 42189)
Nicole M. Meyer (VA Bar No. 43029)
Email: JRedway@dickinson-wright.com
Email: nmeyer@dickinson-wright.com
1825 St. NW
Washington, DC 20006
Tel: (202) 457-0160
Fax: (844) 670-6009

John L. Krieger (*pro hac vice* to be submitted)
Email: jkrieger@dickinson-wright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Tel: (702) 550-4400

Cindy A. Villanueva (*pro hac vice* to be submitted)
Email: cvillanueva@dickinson-wright.com
1850 N. Central Avenue
Phoenix, AZ 85004
Tel: (602) 285-5000

*Attorneys for Plaintiff*
*Sueros y Bebidas Rehidratantes, S.A. de C.V.*